**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **EC, a minor, by and through her parent and natural guardian, JIM CUSHMAN, and JIM CUSHMAN, individually** | **PLAINTIFFS** |
| **V.** | **NO: 3:20CV246-M-P** |
| **DR, a minor, by and through her parent and natural guardian,** *et. al.* | **DEFENDANTS** |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to [15] Stipulation of Dismissal and [16] Stipulation of Dismissal it is hereby **ORDERED** that the claims brought against **DR**, a minor, by and through her parent, **LC aka AC**, a minor, by and through her parent, **MP**, a minor, by and through her parent, **DS**, a minor, by and through her parent, **AW**, a minor, by and through her parent, and **HW**, a minor, by and through her parent shall all be dismissed with prejudice. Because one party remains, the case shall remain open.

This the 8th day of January, 2021.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**